UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
MAR X 1 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) No. **4:23CR83-RLW/JMB** | |
| ANTON BOLDEN, ) | |
| Defendant. ) | |

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Matthew A Martin, Assistant United States Attorney for said District, and moves the Court to order Defendant Anton Bolden detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1.    Title 18, United States Code, Section 3142(g) provides factors that the Court must consider in determining whether to order Defendant detained pending trial.  These factors include: (a) the nature and circumstances of the offense charged; (b) the weight of the evidence against Defendant; (c) Defendant's criminal history and characteristics; and (d) the danger that would be posed by Defendant's release to any particular individual or the community as a whole.

2.    Defendant is charged with four offenses: (1) possessing a machine gun, in violation of Title 18, United States Code, Section 922(o); (2) possessing with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II substance, in violation of Title 21, United States Code, Section 841(a)(1); (3) possessing a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1); and (4)

possessing a firearm as a previously convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). Counts Two and Three create the presumption that no condition or combination of conditions of release will assure Defendant's appearance and the safety to the community. Title 18, United States Code, Section 3142(e)(3).

3. Defendant's charges stem from an undercover buy operation conducted by the ATF. In January 2023, the ATF received information that an individual the agency later identified as Defendant was selling Glock manufactured semiautomatic pistols equipped with conversion devices that enable them to function as fully automatic firearms. The ATF utilized a Special Agent acting in an undercover capacity (the "UC") to purchase one of the firearms from Defendant. After communicating with Defendant by text message, the UC arranged to meet Defendant at the Riverbend City Apartments located at 4720 South Broadway in the City of St. Louis, within the Eastern District of Missouri. There, Defendant directed the UC to an apartment where he produced a Glock 17, .9mm semiautomatic pistol equipped with a conversion device commonly referred to as a "switch." Defendant sold the pistol to the UC for $1,400. Defendant also sold the UC a quantity of suspected fentanyl for $600. During the sale, the UC observed that Defendant was in possession of a separate firearm. The UC later conveyed the Glock 17 to the St. Louis Metropolitan Police Department's Crime Laboratory where it was test fired and confirmed to fire in a fully automatic capacity. The UC also conveyed the suspected fentanyl to the Crime Laboratory, where a criminalist determined that it was a mixture or substance containing fentanyl, a Schedule II controlled substance, weighing approximately 5.29 grams.

4. Defendant has previously been convicted of multiple felony offenses, further demonstrating the danger that he poses to the community. These offenses include multiple counts of second-degree burglary, first-degree tampering, and stealing a motor vehicle.

5. The facts and circumstances of Defendant's current charges, coupled with those for which he has previously been convicted, warrant his detention pending trial.

WHEREFORE, the Government requests that this Court order Defendant detained prior to trial, and further order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/ Matthew A. Martin*
MATTHEW A. MARTIN, #64000MO
Assistant United States Attorney
